UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | No.  1:25-cv-01885-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF MANDAMUS WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Doc. 5 |

Petitioner Michael Bruce Anthony McPherson is an inmate proceeding pro se and in forma pauperis with a petition for writ of mandamus pursuant to 28 U.S.C. § 1361.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2025, the assigned magistrate judge issued findings and recommendations to dismiss the petition.  Doc. 5.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the court concludes that the

1

findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 17, 2025, Doc. 5, are adopted in full;

2. The petition for writ of mandamus is dismissed with prejudice;

3. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   February 23, 2026

_____
UNITED STATES DISTRICT JUDGE